Appeal dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

MICHELE MOORE-HAARR, Individually and Doing Business as PROPEL TECHNOLOGY, Appellant, v Z-AXIS, INC., Respondent, et al., Defendant.
Submitted February 6, 2017; decided May 4, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

SARA MYERS et al., Plaintiffs, and ERIC A. SEIFF et al., Appellants, v ERIC SCHNEIDERMAN, in His Official Capacity as Attorney General of the State of New York, Respondent, et al., Defendants.
Submitted May 1, 2017; decided May 4, 2017

Motion by American Medical Student Association, et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Chief Judge DiFIORE taking no part.

SARA MYERS et al., Plaintiffs, and ERIC A. SEIFF et al., Appellants, v ERIC SCHNEIDERMAN, in His Official Capacity as Attorney General of the State of New York, Respondent, et al., Defendants.
Submitted May 1, 2017; decided May 4, 2017

Motion by Richard N. Gottfried, et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

Chief Judge DiFIORE taking no part.